**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re I-10 Colony, Inc.

Appellate case number:   01-14-00775-CV

Trial court case number:  2014-08459

Trial court:                      151st District Court of Harris County

On September 16, 2014, Relator, I-10 Colony, Inc., filed its Emergency Motion to Enforce Automatic Stay. The motion is **GRANTED.** All proceedings in the trial court, including the order of August 26, 2014 compelling third party discovery, are **STAYED**, pending resolution of this mandamus proceeding or further order of this Court.

Additionally, the Court **REQUESTS** a response to the petition for writ of mandamus from Real Parties in Interest, Chao Kuan Lee, Li Yang Lee, and Li Hsiang Chang. The response, if any, is due by October 1, 2014.

Judge's signature: /s/ Rebeca Huddle
                          ☑ Acting individually     ☐ Acting for the Court

Date: September 17, 2014